**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENZELL MAGIC METCALF,<br><br>    Plaintiff,<br><br>  v.<br><br>LONG BEACH POLICE<br>DEPARTMENT,<br><br>    Defendant. | Case No. CV 15-07918 JAK (AFM)<br><br>**JUDGMENT** |

  Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

  IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute.

DATED:  July 19, 2016

               _____
                 JOHN A. KRONSTADT
             UNITED STATES DISTRICT JUDGE